ACCEPTED
12-14-00296-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/28/2015 1:08:02 PM
CATHY LUSK
CLERK

## Cause No. 12-14-00296-CR

| | | |
|---|---|---|
| **DAVID MARK DAVIS II** | § | **IN THE TWELFTH** |
| **Appellant** | § | |
| | § | |
| **vs.** | § | **COURT OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | |
| **Appellee** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/28/2015 1:08:02 PM
CATHY S. LUSK
Clerk

### APPELLANT'S NOTICE OF CHANGE OF ADDRESS

Appellant, David Mark Davis II, files this notice of change of address with the clerk of the court.

Appellant currently resides at:

> 11 Glenview Court
> Lufkin, Texas 75901

**Effective June 4, 2015**, Appellant's temporary physical and mailing address will be:

> 905 N Loop 499
> Unit 525
> Harlingen, TX 78550

Respectfully submitted,

David Mark Davis II
Appellant, Pro Se

**Certificate of Service**

   I certify that on May 28, 2015, I sent a copy of Appellant's Notice of Change of Address to all parties listed below as indicated.

_____

David Mark Davis II

VIA Texas Official eFile System:

STATE OF TEXAS (through Counsel):

Ed. Jones at ejones@angelinacounty.net

James Yakovsky at jyakovsky@angelinacounty.net